**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:     (213) 239-5100
Facsimile:     (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (to apply *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484

Attorneys for Defendants Kraft Heinz Company
(improperly sued as Kraft Heinz Foods Company)

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN LEWIS, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>     v.<br><br>KRAFT HEINZ FOODS COMPANY,<br><br>                                    Defendant. | Case No. 1:16-cv-400 AWI SAB<br><br>The Honorable Anthony W. Ishii<br><br>**JOINT STIPULATION TO STAY AND ORDER THEREON**<br><br>(DOC. No. 9) |

STIPULATION TO STAY

## JOINT STIPULATION TO STAY

WHEREAS:

(1) Plaintiff John Lewis filed his Class Action Complaint on March 23, 2016; and

(2) The deadline for Defendant Kraft Heinz Company ("Kraft Heinz") to respond to Plaintiff's Class Action Complaint is May 12, 2016; and

(3) At least twenty other similar complaints have been filed against Kraft Heinz across the country, and plaintiffs in five of those cases filed petitions with the United States Judicial Panel on Multidistrict Litigation (the "JPML") seeking to centralize all of the Parmesan-related lawsuits against Kraft Heinz in a common jurisdiction; and

(4) The JPML has scheduled oral argument on those MDL petitions, *In re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL No. 2705; *In re: Kraft 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL No. 2707, as well as a related MDL petition, *In re: Walmart Great Value 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL NO. 2708, on May 26, 2016 and will likely issue its decision regarding centralization in June 2016; and

(5) In light of the petitions before the JPML and the potential need to coordinate the related cases, the parties agree that a brief stay of proceedings pending the JPML's decision is appropriate because it would avoid the need for unnecessary and duplicative discovery and motion practice by the parties and conserve valuable judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that this case be STAYED pending the JPML's ruling on MDL Petitions 2705, 2707, and 2708.  The parties shall submit a joint status report to this Court within five (5) days of the JPML's ruling.

DATED:      May 9, 2016                    AUDET & PARTNERS, LLP


                                   By:  _____/s/   Michael McShane_____

|   |   |
|---|---|
|   | Michael McShane |
|   | Attorneys for Plaintiff<br>John Lewis |

DATED:     May 9, 2016         JENNER & BLOCK LLP

By:     /s/     Kenneth K. Lee
                   Kenneth K. Lee

Attorneys for Defendant
Kraft Heinz Company

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is STAYED pursuant to the parties' stipulation;

2. The parties shall jointly inform the Court of any pertinent actions by the JPML; and

3. The parties shall file joint status reports at least every three (3) months.

IT IS SO ORDERED.

Dated:   May 16, 2016                                    _____
                                                                      SENIOR  DISTRICT  JUDGE